IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CT-3096-FL

| | | |
|---|---|---|
| THEODORE ROBERT GLADYSZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| F.M.C. BUTNER; WARDEN SARA REVELL; FCI II; and WARDEN D.R. STEPHENS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

On June 3, 2011, the Clerk of Court entered a notice of deficiency on the grounds that plaintiff did not submit his pleading on the proper form, provide the sufficient number of copies, provide an address for any defendant, pay the filing fee, or file an application to proceed without prepayment of the filing fee. On June 9, 2011, Magistrate Judge Webb entered an order notifying plaintiff of the above-stated deficiencies. The magistrate judge directed plaintiff to correct the deficiencies and to return the corrected papers within thirty (30) days of his June 9, 2011 order. Plaintiff was cautioned that failure to comply with the magistrate judge's order would result in dismissal of this action without prejudice. The thirty (30) day time period had lapsed without response from plaintiff. Accordingly, the action is DISMISSED without prejudice, and plaintiff's motion for a preliminary injunction (DE # 3) is DENIED as moot. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 21st day of July, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge